UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TIMOTHY W. BURKE
      Petitioner

vs.                              CASE NO. 3:18CV718(MPS)

UNITED STATES OF AMERICA
      Respondent

## JUDGMENT

This action having come on for consideration of the petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C.§ 2255 on the ground that he received ineffective assistance of counsel before the Honorable Michael P. Shea, United States District Judge and,

The Court having considered the full record of the case including applicable principles of law, and having filed its Ruling on July 11, 2019 denying the motion;  it is therefore

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the respondent dismissing the petition.

Dated at Hartford, Connecticut, this 11th  day of July, 2019.

                                            ROBIN D. TABORA, Clerk

                                            By      /s/
                                                Devorah Johnson
                                                Deputy Clerk

EOD 7/11/19